CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853
LISA CARTIER-GIROUX
Lisa.Cartier-Giroux@usdoj.gov
KIMBERLY SOKOLICH
Kimberly.Sokolich@usdoj.gov
Assistant United States Attorneys
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
*Attorneys for the United States of America*

FILED / ENTERED / RECEIVED / SERVED ON COUNSEL/PARTIES OF RECORD
MAR 16 2021
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL INDICTMENT |
| Plaintiff, | Case No.: 2:21-cr-81 |
| vs. | **VIOLATION:** |
| ALEXANDER KOSTAN, | 18 U.S.C. §§ 1361 and 2 – Depredation Against Property of the United States |
| Defendant. | |

**THE GRAND JURY CHARGES THAT:**

<u>COUNT ONE</u>
Depredation Against Property of the United States
(18 U.S.C. §§1361 and 2)

On or about May 30, 2020, in the State and Federal District of Nevada,

**ALEXANDER KOSTAN,**

defendant herein, willfully and by means of repeatedly kicking the windows of a building, did injure and commit; and did intentionally aid, counsel, command, induce, and procure

others to commit, a depredation against property of the United States and of any department or agency thereof, and property which had been manufactured and constructed for the United States, and any department or agency thereof, specifically, the Foley Federal Building, 300 South Las Vegas Boulevard, Las Vegas, Nevada 89101, and the resulting damage was over one thousand dollars ($1000.00), all in violation of Title 18, United States Code, Sections 1361 and 2.

DATED: this 16th day of March, 2021.

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

CHRISTOPHER CHIOU
Acting United States Attorney

By_____
LISA CARTIER-GIROUX
KIMBERLY SOKOLICH
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA