ROBERT L. LANGFORD, ESQ
Nevada State Bar No. 3988
ROBERT L. LANGFORD & ASSOCIATES
616 South Eighth Street
Las Vegas, NV 89101
(702) 379-0440
robert@robertlangford.com
*Attorney for Defendant Alexander Kostan*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER KOSTAN,<br><br>Defendant. | Case Number: 2:21-cr-00081-APG-DJA-1<br><br>**SENTENCING MEMORANDUM** |

Comes now Defendant Alexander Kostan, by and through her counsel, Robert L. Langford, Esq., and respectfully submits this Sentencing Memorandum, pursuant to Fed. R. Crim. P. 12.1(a).

This Sentencing Memorandum is based upon on all the pleadings and papers on file herein, the attached Memorandum of Points and Authorities, and such oral argument as the Court may entertain at the time set for sentencing.

DATED this 14th day of July, 2021.

*/s/ Robert L. Langford, Esq.*
ROBERT L. LANGFORD, ESQ
Nevada State Bar No. 3988
ROBERT L. LANGFORD & ASSOCIATES
616 South Eighth Street
Las Vegas, NV 89101
(702) 471-6565
robert@robertlangford.com
*Attorney for Defendant*

1

ROBERT L. LANGFORD & ASSOCIATES
616 SOUTH EIGHTH STREET
LAS VEGAS, NEVADA 89101
(702) 471-6565 • FAX (702)471-6540

## MEMORANDUM OF POINTS AND AUTHORITIES

Alexander Kostan herein submits to the Court that the sentence recommended in the PSR, of three years' probation, including six months of home confinement, mandatory joint and several restitution of $71,335.72, and a mandatory assessment of $100, is an appropriate one to serve the goals set out in 18 U.S.C. § 3553(a)(2).

1. FACTS AND PROCEDURAL HISTORY

On May 30, 2020, Defendant Kostan, together with a large crowd, participated in what was initially – and largely – a peaceful protest in the general area of downtown Las Vegas, in support of a nationwide movement to support efforts to reform the criminal justice system, and in opposition to civil rights abuses.

Regrettably, as the protest lasted into the evening, some members of the protest began to exceed the scope of a peaceful protest, in part by taking out their frustrations on government property. Ms. Kostan was one of these. At approximately 10:20 p.m., a portion of the crowd arrived near the Foley Federal Building, at 333 South Las Vegas Boulevard. Some members of the group began to deface the Building, with graffiti, spray painted obscenities and anti-police slogans, and multiple small fires in the landscaping around the building.

Ms. Kostan stipulates in the Plea Agreement that, "along with multiple individuals, [Kostan] went to the east entrance of the Foley Federal Building . . . and threw paint on the windows, repeatedly kicked the windows and doors, and broke the windows with hammers, metal bars, and the metal letters torn off from the sign that read, 'FOLEY FEDERAL BUILDING UNITED STATES COURTHOUSE.'" Specifically, as noted in the PSR, Ms. Kostan's conduct was primarily that she kicked at windows of the building. PSR ¶ 14.

On or about August 7, 2020, Ms. Kostan was arrested and charged in this matter. Shortly thereafter, on August 11, 2020, Ms. Kostan was released on pretrial supervision conditions. As noted in the PSR, Ms. Kostan has substantially complied with these conditions, with only an occasional absence from counseling noted. PSR ¶ 8.

Eventually, on April 20, 2021, the parties in this matter entered a Plea Agreement, and Ms. Kostan changed his plea by pleading guilty to one count of Depredation Against Property of the United States, in violation of 18 U.S.C. §§ 1361 and 1362.

2. PERSONAL FACTS AND CIRCUMSTANCES

As described accurately in the PSR, Ms. Kostan was born in Mayfield Ohio, December 31, 1998. ¶ 47. Ms. Kostan's parents divorced, when she was 13 years of age, and prior to that, during 2008, Ms. Kostan moved with her mother to Las Vegas. *Id.* ¶ 50.

Although she describes her childhood as "alright," PSR ¶ 49, Ms. Kostan in fact suffered significant physical and mental abuse at her father's hand, in addition to witnessing similar abuse perpetrated against her mother. *Id.* Ms. Kostan attributes this abuse to her father's inability to accept her gender and sexuality.

As is unfortunately common, Ms. Kostan now suffers from mental and emotional consequences of that abuse, in addition to diagnosed gender dysmorphia. Ms. Kostan anticipates undergoing surgeries necessary to complete her transition in the near future and is optimistic that these will assist her in coping with gender dysmorphia and generally allow her to lead a happier life.

Ms. Kostan graduated high school from Las Vegas Academy of the Arts in 2017, and subsequently attended UNLV where she earned her bachelor's degree in only two years, graduating in December 2019 with a degree in Gender and Sexuality Studies.

3

Since graduating from UNLV in December 2019, Ms. Kostan has, to the best of her ability, remained gainfully employed. Given the circumstances of the COVID-19 pandemic, which began only two to three months after her graduation, that has presented Ms. Kostan with a very challenging employment environment. However, Ms. Kostan has maintained employment throughout 2021, albeit at several different places of work.

Ms. Kostan has a stable living environment with longtime roommates, and is active in several community organizations in support of criminal justice reform, civil rights, and LGBTQ rights by providing direct services to those affected and via political advocacy. These organizations include PLAN, Mass Liberation Project, Advocate for Youth, and The LGBTQ Center of Southern Nevada.

Ms. Kostan has very little previous interaction with the criminal justice system. As accurately conveyed in the PSR, she has been convicted of 4 traffic infractions, and one misdemeanor trespass in the Las Vegas Municipal court. PSR ¶¶ 36 – 40.

Ms. Kostan has active relationships with family and friends in Las Vegas and Nevada, with a wide network of friends and supportive family relationships to rely on. With the support of those friends and family, Ms. Kostan intends to attend graduate school.

3. ARGUMENT

The recommended sentence in the PSR is appropriate, and adequate to fulfill the goals laid out in federal sentencing law. A sentence of three years' probation, including six months of home confinement, will adequately punish Ms. Kostan for her actions, while taking into account her acceptance of responsibility.

The parties stipulate that an offense level of 12 is correct, and Ms. Kostan's criminal history score is zero, the category therefore I. As the Court is no doubt aware, the

table therefore establishes a guideline range of 6 – 12 months, Zone B. The government has agreed to recommend a sentence at the low end of whatever range the Court determines is correct.

However, as discussed in the PSR, a custodial sentence would be in appropriately harsh under these circumstances. Ms. Kostan participated in what was intended as a peaceful protest, and what for the large part, was a peaceful protest. Regrettably, Ms. Kostan participated in a portion of the events that was certainly not peaceful. A review of her personal history reveals this action was deeply out of character for a person who has achieved educationally, and who participates actively in community organizations in an effort to effect change in her community through the correct productive means and channels. Ms. Kostan will suffer significant consequences as a result of the fact of the conviction in this case, likely in terms of her educational and employment ambitions, and certainly economic repercussions in light of the required restitution order. In addition to these, a sentence of probation, together with home confinement, is an adequate punishment to serve the goals of deterrence and rehabilitation.

In a related case, *U.S.A. v. Lewis*, 2:21-cr-00044, the defendant pleaded guilty to one count of Depredation Against Property of the United States, and on June 1, 2021, was sentenced by Judge Dorsey, in the District of Nevada, to a three-year term of probation with six months of home confinement, and $71,335.52 in restitution.

Ms. Kostan is a young person, with high ambitions to change society in ways she hopes will increase the fairness and equity of our systems and government. Of course, her actions giving rise to this matter did not seek to affect that change in any appropriate way, and Ms. Kostan has serious regrets in that regard, leading her to accept responsibility by

pleading guilty.

All of which is respectfully submitted this 14th day of July, 2021.

*/s/ Robert L. Langford, Esq.*
ROBERT L. LANGFORD, ESQ
Nevada State Bar No. 3988
ROBERT L. LANGFORD & ASSOCIATES
616 South Eighth Street
Las Vegas, NV 89101
(702) 471-6565
robert@robertlangford.com
*Attorney for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of July, 2021, I electronically filed the foregoing **SENTENCING MEMORANDUM** with the Clerk of Court using the CM/ECF system, which will cause the document to be served upon the following counsel of record in this case:

Kimberly Anne Sokolich
US Attorney's Office
501 Las Vegas Blvd. South
Suite 1100
Las Vegas, NV 89101
702-388-6287
Kimberly.Sokolich@usdoj.gov

Lisa Cartier-Giroux
U.S. Attorney's Office
501 Las Vegas Blvd South
Suite 1100
Las Vegas, NV 89101
702-388-6336
Lisa.Cartier-Giroux@usdoj.gov

/s/ Matthew J. Rashbrook
An Employee of Robert L. Langford & Associates